# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

RAPHAEL KHORRAN, an individual,

Appellant,

v.

PRO HEALTH, INC., a Florida Corporation,

Appellee.

No. 2D22-3100

———————————————

February 2, 2024

Appeal from the Circuit Court for Hillsborough County; Anne-Leigh Gaylor Moe, Judge and Gregory P. Holder, Senior Judge.

Alexander Riley, Jr. of Alexander Riley, P.A., for Appellant.

Townsend J. Belt of Anthony & Partners, LLC, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.